IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| GREGORY VALENTINE | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 3:10-1022 |
| | ) | Judge Trauger |
| OFFICER F/N/U FREUDENTHAL, *et al.*, | ) | Magistrate Judge Bryant |
| | ) | |
| Defendants. | ) | |

**O R D E R**

On June 5, 2012, the Magistrate Judge issued a Report and Recommendation (Docket No. 34), to which no timely objections have been filed. The Report and Recommendation is therefore **ACCEPTED** and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, it is hereby **ORDERED** that this case is **DISMISSED** pursuant to Rule 4(m), FED. R. CIV. P., for plaintiff's failure to obtain timely service of process on the defendants.

It is so **ORDERED**.

ENTER this 2nd day of August 2012.

_____
ALETA A. TRAUGER
U.S. District Judge